UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY J. FAWCETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | |
| MS SERVICES, LLC and ) | |
| MOUNTAIN STATES ADJUSTMENT, ) | |
| ) | |
| Defendants. | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for KIMBERLY J. FAWCETT, Plaintiff, files this Certificate of Interest in accordance with local rule 11.3.

1. The full name of every party represented by VONACHEN, LAWLESS, TRAGER & SLEVIN in this case is: KIMBERLY J. FAWCETT

2. KIMBERLY J. FAWCETT is not a corporation.

3. Vonachen, Lawless, Trager & Slevin is the only law firm expected to represent KIMBERLY J. FAWCETT in this matter.

KIMBERLY J. FAWCETT, Plaintiff,

BY:  /s/ M. Michael Waters
One of Plaintiff's Attorneys

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
Suite 425, Twin Towers Plaza
456 Fulton Street
Peoria, IL  61602
Telephone: (309) 676-8986
mmw\fawcett\pleadings\certinterest

Vonachen,
Lawless, Trager
& Slevin

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986