UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY J. FAWCETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | |
| MS SERVICES, LLC and ) | |
| MOUNTAIN STATES ADJUSTMENT, ) | |
| ) | |
| Defendants. | |

## DESIGNATION OF LEAD COUNSEL

M. MICHAEL WATERS is designated as lead counsel for Plaintiff, KIMBERLY J. FAWCETT, in this matter.

KIMBERLY J. FAWCETT, Plaintiff,

BY: ____/s/ M. Michael Waters____
One of Plaintiff's Attorneys

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
Suite 425, Twin Towers Plaza
456 Fulton Street
Peoria, IL 61602
Telephone: (309) 676-8986
mmw\fawcett\pleadings\designleadcounsel

Vonachen,
Lawless, Trager
& Slevin

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986