UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY J. FAWCETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.  06 - 3029 |
| ) | |
| MS SERVICES, LLC and ) | |
| MOUNTAIN STATES ADJUSTMENT, ) | |
| ) | |
| Defendants. | |

### MOTION FOR LEAVE TO AMEND COMPLAINT
### BEFORE SERVICE OF RESPONSIVE PLEADING

NOW COMES the Plaintiff, KIMBERLY J. FAWCETT, by and through her attorneys, VONACHEN, LAWLESS, TRAGER & SLEVIN, and moves this Court for leave to amend her Complaint, before service of responsive pleading, by filing an additional count, Count 2, naming additional defendants.  In support thereof, Plaintiff says;

1.    No responsive pleading to the original Complaint has yet been served.

2.    The additional count names additional parties.

3.    Rule 15(a), Fed.R.Civ.P., permits amendment once as a matter of course before a responsible pleading is served.

4.    Attached hereto as Exhibit A is Plaintiff's proposed Count 2.

WHEREFORE, Plaintiff, KIMBERLY J. FAWCETT, prays that she be allowed leave to amend her Complaint by filing Count 2 and that the Count 2 attached hereto be filed instanter.

**Vonachen,
Lawless, Trager
& Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

KIMBERLY J. FAWCETT, Plaintiff,

BY:\_\_\_\_/s/ M. Michael Waters_____
     One of Plaintiff's Attorneys

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:   (309) 676-4130
mmw\fawcett\pleadings\motforlvtoamend

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KIMBERLY J. FAWCETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MS SERVICES, LLC; MOUNTAIN STATES ADJUSTMENT; PENTAGROUP FINANCIAL, LLC; DANNY RUFFORD; DANNY RUTHERFORD; and JOHN DOE, | ) ) ) ) ) ) | Civil Action No. 06 - 3029 |
| | ) | |
| Defendants. | ) | |

**AMENDMENT TO COMPLAINT**

NOW COMES the Plaintiff, KIMBERLY J. FAWCETT, by and through her attorneys, VONACHEN, LAWLESS, TRAGER & SLEVIN, and files her Amendment to Complaint against the Defendants, PENTAGROUP FINANCIAL, LLC; DANNY RUFFORD; DANNY RUTHERFORD; and JOHN DOE, adding Count II, as follows:

**COUNT II**

For a cause of action against PENTAGROUP FINANCIAL, LLC; DANNY RUFFORD; DANNY RUTHERFORD; and JOHN DOE, Plaintiff, KIMBERLY J. FAWCETT, says:

14. PENTAGROUP FINANCIAL, LLC (hereinafter identified as "PENTAGROUP") is a debt collector as that term is used in the Fair Debt Collection Act, 15 U.S.C. §1692.

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

15. "DANNY RUFFORD" (hereinafter identified as "RUFFORD") and/or "DANNY RUTHERFORD" (hereinafter identified as "RUTHERFORD") are the actual or "street name" or aliases of a certain debt collector.

16. "JOHN DOE" is an unknown individual who used the street name or alias of "DANNY RUFFORD" and/or "DANNY RUTHERFORD."

17. "RUFFORD," "RUTHERFORD," and "JOHN DOE" are debt collectors as that term is used in the Fair Debt Collection Act, 15 U.S.C. §1692.

18. PENTAGROUP, RUFFORD, RUTHERFORD and JOHN DOE violated 15 U.S.C. §1692c by communicating with FAWCETT at her place of employment when they knew or had reason to know that her employer prohibited her from receiving such communications.

19. PENTAGROUP, RUFFORD, RUTHERFORD, and JOHN DOE violated 15 U.S.C. §1692c by communicating with third parties in connection with the collection of debts of FAWCETT.

20. PENTAGROUP, RUFFORD, RUTHERFORD, and JOHN DOE harassed or abused FAWCETT in violation of 15 U.S.C. §1692d.

21. PENTAGROUP, RUFFORD, RUTHERFORD, and JOHN DOE violated 15 U.S.C. §1692d by placing telephone calls without meaningful disclosure of the caller's identity in connection with the collection of debts of FAWCETT.

22. PENTAGROUP, RUFFORD, RUTHERFORD, and JOHN DOE violated 15 U.S.C. §1692 by making false or misleading representations in connection with the collection of debts of FAWCETT.

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

**RELIEF SOUGHT**

WHEREFORE, Plaintiff, KIMBERLY J. FAWCETT, prays:

(a)   For her actual damages and such additional damages as the Court may allow;

(b)   For the cost of suit herein, including Plaintiff's reasonable attorney's fees as determined by the Court; and

(c)   For such other and further relief as this Court deems appropriate and proper.

TRIAL BY JURY IS DEMANDED.

          KIMBERLY J. FAWCETT, Plaintiff,


         BY:____/s/ M. Michael Waters_____
           One of Plaintiff's Attorneys

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
Suite 425, Twin Towers Plaza
456 Fulton Street
Peoria, IL  61602
Telephone: (309) 676-8986
mmw\fawcett\pleadings\amendtocomplaint

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-3-