E-FILED
Monday, 27 February, 2006 12:24:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KIMBERLY J. FAWCETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 06 - 3029 |
| | ) | |
| MS SERVICES, LLC and | ) | |
| MOUNTAIN STATES ADJUSTMENT, | ) | |
| | ) | |
| Defendants. | | |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR LEAVE TO AMEND COMPLAINT
BEFORE SERVICE OF RESPONSIVE PLEADING**

NOW COMES the Plaintiff, KIMBERLY J. FAWCETT, by and through her attorneys, VONACHEN, LAWLESS, TRAGER & SLEVIN, and files her Memorandum of Law in Support of her Motion for Leave to Amend Complaint before Service of Responsive Pleading.

1. Rule 15(a), Fed.R.Civ.P. permits a party to amend their pleading once as a matter of course before a responsive pleading is served.

2. No responsive pleading has been served in this matter.

WHEREFORE, Plaintiff, KIMBERLY J. FAWCETT, urges that her Motion for Leave to Amend Before Service of Responsive Pleading be allowed.

KIMBERLY J. FAWCETT, Plaintiff,

BY:\_\_\_\_/s/ M. Michael Waters_____
One of Plaintiff's Attorneys

**Vonachen,
Lawless, Trager
& Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-1-

-2-

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:   (309) 676-4130
mmw\fawcett\pleadings\memlaw-motforlvtoamend

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-2-