# United States District Court

CENTRAL **DISTRICT OF** ILLINOIS

SPRINGFIELD DIVISION

KIMBERLY J. FAWCETT,

    Plaintiff,

V.

MS SERVICES, LLC; MOUNTAIN STATES ADJUSTMENT; PENTAGROUP FINANCIAL, LLC; DANNY RUFFORD; DANNY RUTHERFORD; and JOHN DOE,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06 - 3029

TO: (Name and Address of Defendant)

    PENTAGROUP FINANCIAL, LLC
    SERVE:  CT Corporation System
              Registered Agent
              208 S. LaSalle St., Suite 814
              Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    M. MICHAEL WATERS
    VONACHEN, LAWLESS, TRAGER & SLEVIN
    456 Fulton Street, Suite 425
    Peoria, IL 61602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK                               DATE

BY DEPUTY CLERK

AO 440 (Rev. 5/85)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                *Date*                        *Signature of Server*

                               _____
                                        *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.