# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS
SPRINGFIELD DIVISION

KIMBERLY J. FAWCETT,

    Plaintiff,

V.

MS SERVICES, LLC; MOUNTAIN STATES ADJUSTMENT; PENTAGROUP FINANCIAL, LLC; DANNY RUFFORD; DANNY RUTHERFORD; and JOHN DOE,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06 - 3029

TO: (Name and Address of Defendant)

PENTAGROUP FINANCIAL, LLC
SERVE: CT Corporation System
Registered Agent
208 S. LaSalle St., Suite
Chicago, IL 60604

```
000042-1.4.1 03/16/06 11:21
    1 FOREIGN WRIT          23.00
    1 MILEAGE                0.40
    REF SHERIFF # 696309
    CASE TOTAL              23.40 *
                 TOTAL      23.40 TL
              CHECK 1       23.40
          CASHIER: MARYANN
```

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, IL 61602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/ John M. Waters                    3/8/2006
CLERK                                    DATE

s/ Christy Taylor
BY DEPUTY CLERK

TYPE CIV   SHERIFF'S OFFICE   COOK COUNTY, ILLINOIS   DISTRICT 010

SHERIFF'S NUMBER 696309-001D  CASE NUMBER 06-3029  DEPUTY: STROM 3696-

FILED DT 03-08-2006 RECEIVED DT 03-16-2006 DIE DT 03-29-2006 MULTIPLE SERVICE 1
DEFENDANT                                    ATTORNEY
PENTAGROUP FINANCIAL, LLC                    M. MICHAEL WATERS
208 S LA SALLE ST                            456 FULTON ST  STE 425
CHICAGO IL. 60604                            PEORIA IL. 61602
SUITE 814                                    309 676-8986
PLAINTIFF FAWCETT, KIMBERLY

SERVICE INFORMATION: BB

**FOREIGN**

*************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME
..X..3 SERVICE ON: CORPORATION __X__ COMPANY ___ BUSINESS ___ PARTNERSHIP ___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER, OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)  MICHAEL F. SHEAHAN, SHERIFF, BY: _____DEPUTY STROM_____, DEPUTY 3696-
     1  SEX  M/F   RACE  W   AGE  55
     2  NAME OF DEFENDANT PENTAGROUP FINANCIAL, LLC
        WRIT SERVED ON  D. Schulz
        THIS  20  DAY OF  MAR, 2006  TIME  10:30  A.M./P.M.

ADDITIONAL REMARKS _____

*************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.
TYPE OF BLDG  OFC                           ATTEMPTED SERVICES
NEIGHBORS NAME _____              DATE     TIME   A.M./P.M.
   ADDRESS   _____                ____ ____:____ ____
        REASON NOT SERVED:                  ____ ____:____ ____
              ___07 EMPLOYER REFUSAL
___01 MOVED   ___08 RETURNED BY ATTY        ____ ____:____ ____
___02 NO CONTACT   ___09 DECEASED
___03 EMPTY LOT    ___10 BLDG DEMOLISHED    ____ ____:____ ____
___04 NOT LISTED   ___11 NO REGISTERED AGT.
___05 WRONG ADDRESS ___12 OTHER REASONS     ____ ____:____ ____
___06 NO SUCH ADDRESS ___13 OUT OF COUNTY
                                            ____ ____:____ ____

FEE  .00   MILEAGE  .00   TOTAL  .00                          SG17