# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KIMBERLY J. FAWCETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action no. 06-3029-RM-BGC |
| | ) | |
| MS SERVICES, LLC; MOUNTAIN STATES ADJUSTMENT; PENTAGROUP FINANCIAL, LLC; DANNY RUFFORD; DANNY RUTHERFORD; and JOHN DOE, | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

**Pentagroup Financial, LLC**

I certify that I am admitted to practice in this court.

Date: April 10, 2006

Respectfully submitted,
Pentagroup Financial, LLC

By:  s/ Michael P. Smith
Michael P. Smith
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Tel: (312)704-3000
Fax: (312)704-3001 (f)
msmith@hinshawlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY J. FAWCETT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action no. 06-3029-RM-BGC |
| ) | |
| MS SERVICES, LLC; MOUNTAIN ) | |
| STATES ADJUSTMENT; PENTAGROUP ) | |
| FINANCIAL, LLC; DANNY RUFFORD; ) | |
| DANNY RUTHERFORD; and ) | |
| JOHN DOE, ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 10, 2006, I electronically filed **Defendant Pentagroup Financial LLC's Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

M. Michael Waters
VONACHEN LAWLESS TRAGER & SLEVIN
456 Fulton St., Suite 425
Peoria, IL 61602
mwaters@vltslaw.com

    Respectfully submitted,
    PENTAGROUP FINANCIAL LLC

    By: s/ Michael P. Smith
    Michael P. Smith
    HINSHAW & CULBERTSON LLP
    222 North LaSalle Street, Suite 300
    Chicago, IL 60601
    Phone: (312)704-3000
    Fax: (312)704-3001 Fax
    msmith@hinshawlaw.com