E-FILED
Monday, 10 April, 2006  05:19:21 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KIMBERLY J. FAWCETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action no. 06-3029-RM-BGC |
| | ) | |
| MS SERVICES, LLC; MOUNTAIN STATES ADJUSTMENT; PENTAGROUP FINANCIAL, LLC; DANNY RUFFORD; DANNY RUTHERFORD; and JOHN DOE, | ) ) ) ) ) | |

**DEFENDANT PENTAGROUP FINANCIAL LLC'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant PENTAGROUP FINANCIAL, LLC ("Pentagroup"), by its attorneys, David M. Schultz and Michael P. Smith, pursuant to Federal Rules of Civil Procedure 6(b), and for its Motion for a 21-day Extension of Time to File a Response to Plaintiffs' Class Action Complaint, respectfully states as follows:

1. On February 27, 2006, Plaintiff filed a Class Action Complaint purporting to claim that Defendants violated the Fair Debt Collection Practices Act.

2. On or about March 20, 2006, Plaintiff effectuated service on Defendant Pentagroup. Pentagroup's responsive pleading and appearance is therefore due on April 10, 2006.

3. Defense Counsel was recently retained in this matter and is filing an Appearance contemporaneously with this Motion.

5. Defendant hereby requests an additional 21 days from the date of this Motion to file a responsive pleading to plaintiff's complaint.

6046764v1 7048395

6. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

WHEREFORE, Defendant PENTAGROUP FINANCIAL LLC, respectfully requests that this Honorable Court grant its Motion for Extension of 21-days, up to and including May 1, 2006, to File a Responsive Pleading to Plaintiff's Class Action Complaint.

> Respectfully submitted,
> PENTAGROUP FINANCIAL LLC
> By: s/ Michael P. Smith
> Michael P. Smith
> HINSHAW & CULBERTSON LLP
> 222 North LaSalle Street, Suite 300
> Chicago, IL 60601
> Phone: (312)704-3000
> Fax: (312)704-3001 Fax
> msmith@hinshawlaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY J. FAWCETT,       ) | |
| )  | |
| Plaintiff,       ) | |
| ) | |
| vs.       ) | Civil Action no. 06-3029-RM-BGC |
| ) | |
| MS SERVICES, LLC; MOUNTAIN       ) | |
| STATES ADJUSTMENT; PENTAGROUP       ) | |
| FINANCIAL, LLC; DANNY RUFFORD;       ) | |
| DANNY RUTHERFORD; and       ) | |
| JOHN DOE,       ) | |

## PROPOSED ORDER

This matter coming to be heard on Defendant Pentagroup Financial, LLC's Motion for an Extension of Time to Respond to Plaintiff's Complaint, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

Defendant's motion is granted. Defendant Pentagroup, LLC is granted leave of 21-days, up to and including May 1, 2006, to file its Answer to Plaintiff's Complaint.

Entered:

_____
Judge, United States District Court

**Order prepared by:**
Michael P. Smith
#6281477
HINSHAW & CULBERTSON, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Tel: 312-704-3000
Fax: 312-704-3001

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY J. FAWCETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action no. 06-3029-RM-BGC |
| ) | |
| MS SERVICES, LLC; MOUNTAIN ) | |
| STATES ADJUSTMENT; PENTAGROUP ) | |
| FINANCIAL, LLC; DANNY RUFFORD; ) | |
| DANNY RUTHERFORD; and ) | |
| JOHN DOE, ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2006, I electronically filed **Defendant Pentagroup Financial LLC's Motion for an Extension of Time to Respond to Plaintiff's Complaint** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

M. Michael Waters
VONACHEN LAWLESS TRAGER & SLEVIN
456 Fulton St., Suite 425
Peoria, IL 61602
mwaters@vltslaw.com

>Respectfully submitted,
>PENTAGROUP FINANCIAL LLC
>
>By: s/ Michael P. Smith
>Michael P. Smith
>HINSHAW & CULBERTSON LLP
>222 North LaSalle Street, Suite 300
>Chicago, IL 60601
>Phone: (312)704-3000
>Fax: (312)704-3001 Fax
>msmith@hinshawlaw.com