**E-FILED**
Friday, 26 May, 2006  12:29:40 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KIMBERLY J. FAWCETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-3029-RM-BGC |
| | ) | |
| MS SERVICES, LLC, MOUNTAIN STATES | ) | |
| ADJUSTMENT, PENTAGROUP | ) | |
| FINANCIAL, LLC; DANNY RUTHERFORD; | ) | |
| AND JOHN DOE | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT PENTAGROUP FINANCIAL, LLC'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Defendant PENTAGROUP FINANCIAL, LLC ("Pentagroup"), by their attorneys, David

M. Schultz and Michael P. Smith, and for its Answer to Plaintiff's Amended Complaint,

respectfully states as follows:

### JURISDICTION AND VENUE

1.      This is a complaint under the Fair Debt Collection Act, 15 U.S.C. § 1692.

**ANSWER:**    Defendant admits that plaintiff purports to state claims and seek relief
under the Fair Debt Collection Practices Act, incorrectly stated as the Fair Debt Collection Act.
Defendant denies that it has violated any law, has been negligent in any way or that it is liable to
plaintiff in any way.

2.      This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331.

**ANSWER:**    Defendant admits that this Court has jurisdiction.

3.      Venue is proper in this Judicial District under 28 U.S.C. § 1391 as a substantial

part of the events or omissions giving rise to the claim occurred in this judicial district.

**ANSWER:**    Defendant admits that venue is proper in this District.  Defendant denies
the remaining allegations contained in Paragraph 3.

6060267v1 865182

4.    This case is appropriately filed in this Division of the Central District of Illinois as the case arises from acts or omissions occurring in Schuyler County, Illinois.

**ANSWER:**    Defendant admits that this case is appropriately filed in this Division. Defendant denies the remaining allegations contained in Paragraph 4.

### THE PARTIES

5.    At all times relevant herein, the Plaintiff, KIMBERLY J. FAWCETT, (hereinafter identified as "FAWCETT") was a citizen of the United States residing in the State of Illinois.

**ANSWER:**    Upon information and belief, defendant admits the allegations contained in Paragraph 5.

6.    At all times relevant herein, the Defendant, MS SERVICES, LLC, was a corporation domiciled in the state of Wyoming with its principal office in Casper, Wyoming.

**ANSWER:**    Defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph 6.

### COUNT I

**ANSWER:**    . Count I is directed to MS Services, LLC and Mountain States Adjustment and not Pentagroup, therefore, Pentagroup makes no answer to the allegations contained in Count I.   To the extent Count I contains allegations directed to Pentagroup, Pentagroup denies that it has been negligent in any way or that it is liable to plaintiff in any way.

### COUNT II

14.    PENTAGROUP FINANCIAL, LLC (hereinafter identified as "PENTAGROUP") is a debt collector as that term is used in the Fair Debt Collection Act, 15 U.S. C. §1692.

**ANSWER:**    Defendant admits that it acts as a debt collector as defined in the FDCPA under certain circumstances.

6060267v1 865182

15.    DANNY RUFFORD (hereinafter identified as "RUFFORD") and/OR "DANNY RUTHERFORD") hereinafter identified as "RUTHERFORD") are the actual or "street name" or aliases of a certain debt collector.

**ANSWER:**    Defendant admits that it has employed an individual by the name of Danny Rutherford that acts a debt collector under certain circumstances.  Defendant denies the remaining allegations contained in Paragraph 15.

16.    JOHN DOE is an unknown individual who used the street name or alias of DANNY RUFFORD and/or DANNY RUTHERFORD.

**ANSWER:**    Defendant is without information or knowledge sufficient to form a belief as to the allegations contained in Paragraph 16.

17.    RUFFORD, RUTHERFORD, and JOHN DOE are debt collectors as that term is used in the Fair Debt Collection Act, 15 U.S.C. §1592.

**ANSWER:**    Defendant admits that its employee Danny Rutherford acts as a debt collector as defined in the FDCPA under certain circumstances.

18.    PENTAGROUP, RUFFORD, RUTHERFORD and JOHN DOE violated 15 U.S.C. §1692c by communicating with FAWCETT at her place of employment when they knew or had reason to know that her employer prohibited her from receiving such communications.

**ANSWER:**    Defendant denies the allegations contained in Paragraph 18.

6060267v1 865182

19.    PENTAGROUP, RUFFORD, RUTHERFORD and JOHN DOE violated 15 U.S.C. §1692c by communicating with third parties in connection with the collection of debts of FAWCETT.

**ANSWER:**    Defendant denies the allegations contained in Paragraph 19.

20.    PENTAGROUP, RUFFORD, RUTHERFORD and JOHN DOE harassed or abused FAWCETT in violation of 15 U.S.C. §1692d.

**ANSWER:**    Defendant denies the allegations contained in Paragraph 20.

21.    PENTAGROUP, RUFFORD, RUTHERFORD and JOHN DOE violated 15 U.S.C. §1692d by placing telephone calls without meaningful disclosure of the caller's identity in connection with the collection of debts of FAWCETT.

**ANSWER:**    Defendant denies the allegations contained in Paragraph 21.

22.    PENTAGROUP, RUFFORD, RUTHERFORD and JOHN DOE violated 15 U.S.C. §1692 by making false or misleading representations in connection with the collection of debts of FAWCETT.

**ANSWER:**    Defendant denies the allegations contained in Paragraph 22.

## AFFIRMATIVE DEFENSES

1.    For its first affirmative defense, defendant states that plaintiff's complaint fails to state a claim upon which relief may be granted.

2.    For its second affirmative defense, defendant states that if it violated the FDCPA, which it denies, the violation occurred as a result of a *bona fide* error notwithstanding the maintenance of procedures reasonably adapted to avoid such an error.

4

WHEREFORE, Defendant PENTAGROUP FINANCIAL LLC., respectfully requests that this Honorable Court deny the relief sought in plaintiff's Amended Complaint, and grant such other and further relief as this Courts deems appropriate and just.

Respectfully submitted,
PENTAGROUP FINANCIAL LLC
By: s/ Michael P. Smith
Michael P. Smith
David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Phone: (312)704-3000
Fax: (312)704-3001
msmith@hinshawlaw.com

6060267v1 865182

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| KIMBERLY J. FAWCETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-3029-RM-BGC |
| | ) | |
| MS SERVICES, LLC, MOUNTAIN STATES | ) | |
| ADJUSTMENT, PENTAGROUP | ) | |
| FINANCIAL, LLC; DANNY RUTHERFORD; | ) | |
| AND JOHN DOE | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on May 26, 2006, I electronically filed **Defendant Pentagroup Financial LLC's Answer to Plaintiff's Amended Complaint** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

M. Michael Waters
VONACHEN LAWLESS TRAGER &
SLEVIN
456 Fulton St., Suite 425
Peoria, IL 61602
mwaters@vltslaw.com

                     Respectfully submitted,
                     PENTAGROUP FINANCIAL LLC
                     By: <u>s/ Michael P. Smith</u>
                     Michael P. Smith
                     HINSHAW & CULBERTSON LLP
                     222 North LaSalle Street, Suite 300
                     Chicago, IL 60601
                     Phone: (312)704-3000
                     Fax: (312)704-3001
                     msmith@hinshawlaw.com

6060267v1 865182