UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KIMBERLY J. FAWCETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 06 - 3029 |
| | ) | |
| MS SERVICES, LLC and | ) | |
| MOUNTAIN STATES ADJUSTMENT, | ) | |
| | ) | |
| Defendants. | | |

## STATUS REPORT CONCERNING SERVICE ON DEFENDANTS MS SERVICES LLC, MOUNTAIN STATES ADJUSTMENT, JOHN DOE, DANNY RUFFORD, AND DANNY RUTHERFORD

NOW COMES the Plaintiff, KIMBERLY J. FAWCETT, by and through her attorneys, VONACHEN, LAWLESS, TRAGER & SLEVIN ,and files this Status Report concerning service on Defendants MS Services LLC, Mountain States Adjustment, John Doe, Danny Rufford, and Danny Rutherford:

1. Service has been obtained on MS Services LLC, Mountain States Adjustment, but Plaintiff will be moving to voluntarily dismiss actions as to those Defendants.

2. Service has not been obtained on John Doe, Danny Rufford, and Danny Rutherford. Discovery is necessary to ascertain the true identity of these defendants and their addresses.

**Vonachen,
Lawless, Trager
& Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-2-

KIMBERLY J. FAWCETT, Plaintiff,

BY: ___/s/ M. Michael Waters_____
One of Plaintiff's Attorneys

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:  (309) 676-8986
Fax: (309) 676-4130

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

-2-

PROOF OF SERVICE

STATE OF ILLINOIS )
) SS.
COUNTY OF PEORIA )

The undersigned attorney hereby certifies that the original of the foregoing **STATUS REPORT CONCERNING SERVICE ON DEFENDANTS MS SERVICES LLC, MOUNTAIN STATES ADJUSTMENT, JOHN DOE, DANNY RUFFORD, AND DANNY RUTHERFORD** was filed electronically with the Clerk of the U.S. District Court, Central District of Illinois, and a copy of same was served electronically or delivered by other means upon the attorneys of record, as follows:

> MICHAEL P. SMITH
> HINSHAW & CULBERTSON
> 222 N. LaSalle St., Suite 300
> Chicago, IL  60601

on August 14, 2006.

                                                              s/ M. MICHAEL WATERS

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:     (309) 676-8986
Fax:    (309) 676-4130
Email: *mwaters@vltslaw.com*

mmw\fawcett\pleadings\status report

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986