E-FILED
Monday, 14 August, 2006  02:50:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY J. FAWCETT, | ) |
| Plaintiff, | ) |
| -vs- | ) Civil Action No. 06 - 3029 |
| MS SERVICES, LLC; MOUNTAIN STATES ADJUSTMENT; PENTAGROUP FINANCIAL, LLC; DANNY RUFFORD; DANNY RUTHERFORD; and JOHN DOE, | ) |
| Defendants. | ) |

**PROPOSED SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling conference was held with attorneys M. Michael Waters and Michael P. Smith.

Discovery is needed on the subject of the violation of the Fair Debt Collection Act and Plaintiff's damage claims.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1.    The parties have until October 15, 2006 to join additional parties.

2.    All disclosures required by Rule 26(a)(1) shall be made on or before September 15, 2006.  In all other respects, the timing, form, and requirement for disclosures will be in compliance with Rule 26.

3.    The parties have until June 30, 2007 to complete all depositions.

4.    Plaintiff is to identify testifying experts and to provide Rule 26 expert reports by March 31, 2007, and make her experts available for deposition by April 30,

2007.  Defendant is to identify testifying experts and to provide Rule 26 expert reports by May 31, 2007, and make its experts available for deposition by June 30, 2007.

    5.    The parties have until June 30, 2007 to complete fact discovery.  Any written discovery served subsequent to the date of this Order shall be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply.  The parties have until June 30, 2007 to complete all discovery.

    6.    The parties have until June 30, 2007 to amend the pleadings.

    7.    The parties have until July 31, 2007 to file dispositive motions.  No dispositive motions filed after that date will be considered by the Court.

    Respectfully submitted,

    KIMBERLY J. FAWCETT, Plaintiff


    BY:\_\_\_/s/ M. Michael Waters_____
       Attorney for Kimberly J. Fawcett


    PENTAGROUP FINANCIAL, LLC, Defendant,


    BY:\_\_\_/s/ Michael P. Smith_____
       Attorney for Pentagroup Financial, LLC

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
Suite 425, Twin Towers Plaza
456 Fulton Street
Peoria, IL  61602
Telephone: (309) 676-8986
Facsimile:  (309) 676-4130
Attorney for Plaintiff, Kimberly J. Fawcett

MICHAEL P. SMITH
HINSHAW & CULBERTSON
Hinshaw & Culbertson
222 N. LaSalle St., Suite 300
Chicago, IL  60601
Telephone:  (312) 704-3000
Facsimile:   (312) 704-3001
Attorney for Defendant, Pentagroup Financial, LLC

PROOF OF SERVICE

STATE OF ILLINOIS )
) SS.
COUNTY OF PEORIA )

The undersigned attorney hereby certifies that the original of the foregoing **PROPOSED SCHEDULING ORDER** was filed electronically with the Clerk of the U.S. District Court, Central District of Illinois, and a copy of same was served electronically or delivered by other means upon the attorneys of record, as follows:

>MICHAEL P. SMITH
>HINSHAW & CULBERTSON
>222 N. LaSalle St., Suite 300
>Chicago, IL  60601

on August 14, 2006.

                s/ M. MICHAEL WATERS

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:   (309) 676-4130
Email: *mwaters@vltslaw.com*

O:\MMW\fawcett\PLEADINGS\Proposed Scheduling Order -DRAFT.doc