UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY J. FAWCETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-3029-RM-BGC |
| ) | |
| MS SERVICES, LLC, MOUNTAIN STATES ) | |
| ADJUSTMENT, PENTAGROUP ) | |
| FINANCIAL, LLC; DANNY RUTHERFORD; ) | |
| AND JOHN DOE ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT PENTAGROUP FINANCIAL, LLC'S MOTION FOR ENTRY OF JUDGMENT FOR STATUTORY/ACTUAL DAMAGES, REASONABLE ATTORNEY'S FEES AND COSTS PURSUANT TO PLAINTIFF'S ACCEPTANCE OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT

Defendant Pentagroup Financial, LLC ("Pentagroup"), by its attorneys, David M. Schultz and Michael P. Smith, and for its Motion for Entry of Judgment for Statutory/Actual Damages, Reasonable Attorney's Fees and Costs Pursuant to Plaintiff's Acceptance of Defendant's Rule 68 Offer of Judgment, respectfully states as follows:

1. On February 6, 2006, Plaintiff filed a one-count complaint against the Defendants, alleging violations of the Fair Debt Collection Practices Act ("FDCPA"). Plaintiff subsequently amended her complaint on March 8, 2006, to add a second count directed at Pentagroup and alleged employees of Pentagroup again claiming violations of the FDCPA.

2. Defendant Pentagroup answered the complaint on May 26, 2006.

3. Defense Counsel Michael P. Smith and Plaintiff's Counsel M. Michael Waters engaged in some preliminary settlement discussions.

6182544v1 862159

4.  On August 29, 2006, the parties participated in a telephonic scheduling conference before this Court.

5.  On August 31, 2006, Pentagroup served plaintiff with a Rule 68 Offer of Judgment in the amount of $1,500 in statutory and/or actual damages and reasonable attorney's fees and costs accrued to the date of the offer. (*See* Rule 68 Offer of Judgment, attached hereto as Exhibit A).

6.  On September 11, 2006, Plaintiff served and acknowledged her acceptance of Defendant's Offer of Judgment, agreeing to its terms. (*See* Plaintiff's Acceptance of Offer of Judgment, attached hereto as Exhibit B).

7.  Subsequently, Defense Counsel Mr. Smith proposed to Plaintiff's Counsel Mr. Waters, that the parties attempt to settle the attorney's fees and costs in lieu of a fee petition. (*See* Exhibit C). Mr. Waters responded and agreed to said proposal (Exhibit D).

8.  Since Plaintiff's acceptance of Defendant's Offer of Judgment, Mr. Smith has made numerous attempts to contact Mr. Waters by email and phone, in an effort to obtain Mr. Waters' fee records to resolve the fees and costs portion of the Offer of Judgment. (*See* Group Exhibit E). Despite these numerous attempts, including several messages left with Mr. Water's assistant, Mr. Waters has made no contact with Mr. Smith to resolve the remaining portion of the Offer of Judgment.

9.  Accordingly, pursuant to the terms of the Offer of Judgment, namely that the Court is to determine the amount of reasonable attorney's fees and costs accrued to the date of the Rule 68 Offer, and in light of the fact that Mr. Smith has been unable to get in contact with Mr. Waters to resolve this matter, Defendant respectfully requests that the Court award Plaintiff

$1,300 in attorney's fees and costs and enter judgment against Defendant consistent with the terms of the Offer of Judgment attached hereto.

10.     The parties participated in only one telephone conference with the Court. No discovery has been propounded by either parties. No depositions have been taken. There has not been any significant motion practice involved in this case.

WHEREFORE, Defendant Pentagroup Financial, LLC, respectfully requests that this Honorable Court enter judgment against it, pursuant to the Rule 68 Offer of Judgment, in the amount of $1,500 in statutory/actual damages and $1,300 in reasonable attorney's fees and costs, and for such other relief as this Court deems appropriate and just.

Respectfully submitted,

PENTAGROUP FINANCIAL, LLC

By: /s/ Michael P. Smith
One of its attorneys

David M. Schultz
Michael P. Smith
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
312/704-3000
312/704-3001

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY J. FAWCETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-3029-RM-BGC |
| ) | |
| MS SERVICES, LLC, MOUNTAIN STATES ) | |
| ADJUSTMENT, PENTAGROUP ) | |
| FINANCIAL, LLC; DANNY RUTHERFORD; ) | |
| AND JOHN DOE ) | |
| ) | |
| Defendants. ) | |

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Pentagroup Financial, LLC, by its attorneys, David M. Schultz and Michael P. Smith, hereby offers to allow judgment to be entered against it in this action, as follows:

1. On the complaint, plaintiff Kimberly J. Fawcett, to recover $1,500 in statutory and/or actual damages and reasonable fees and costs accrued to date to be determined by the Court.

2. Payment as directed above shall be in full and complete satisfaction, release and discharge of any and all claims which were brought or which could have been brought by plaintiff in this case against defendant and plaintiff shall take nothing further for this case.

3. This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that the defendant is liable in this action, that the plaintiff has suffered any damage, or for any other reason.

4. If this offer is not accepted as provided by Rule 68, it shall be deemed withdrawn and evidence thereof shall not be admissible except in the proceeding to determine costs.

Ex. A

5.  This offer remains open for the ten (10) day period of time provided for in Fed.R.Civ.P. 68, as calculated by the Federal Rules of Civil Procedure.

PENTAGROUP FINANCIAL, LLC

By: _____
One of its attorneys

David M. Schultz
Michael P. Smith
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
312/704-3000

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY J. FAWCETT )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MS SERVICES, LLC; MOUNTAIN )<br>STATES ADJUSTMENT; PENTAGROUP )<br>FINANCIAL, LLC; DANNY RUFFORD; )<br>DANNY RUTHERFORD; and )<br>JOHN DOE, ) | Civil Action no. 06-3029-RM-BGC |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **Defendant's Offer of Judgment** upon all parties to this matter by causing a true copy of the same to be sent via fax and/or USPS with proper postage prepaid from 222 North LaSalle, Suite 300, Chicago, IL today to all counsel of record as follows:

M. Michael Waters
VONACHEN LAWLESS TRAGER &
SLEVIN
456 Fulton St., Suite 425
Peoria, IL 61602
mwaters@vltslaw.com

Date 31 August 2006                    /s/ A. Nicholl

3

6094722v1 865182

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY J. FAWCETT,<br><br>    Plaintiff,<br><br>vs.<br><br>MS SERVICES, LLC; MOUNTAIN STATES ADJUSTMENT; PENTAGROUP FINANCIAL, LLC; DANNY RUFFORD; DANNY RUTHERFORD; and JOHN DOE,<br><br>    Defendants. | Civil Action No. 06 - 3029 |

## ACCEPTANCE OF OFFER OF JUDGMENT

NOW COMES the Plaintiff, KIMBERLY J. FAWCETT, by and through her attorneys, VONACHEN, LAWLESS, TRAGER & SLEVIN, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, accepts Defendant PENTAGROUP FINANCIAL, LLC's Offer of:

    a)    $1,500.00 in statutory and/or actual damages; plus

    b)    the costs accrued to date and reasonable attorney's fees to be determined by the Court.

KIMBERLY J. FAWCETT, Plaintiff,

BY: _____
One of Plaintiff's Attorneys

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
Suite 425, Twin Towers Plaza
456 Fulton Street
Peoria, IL 61602
Telephone: (309) 676-8986

Vonachen,
Lawless, Trager
& Slevin

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

Ex. B

-1-

## PROOF OF SERVICE

I hereby certify that on September 11, 2006, the foregoing **Acceptance of Offer of Judgment** was served upon the following parties in the above-captioned case:

Mr. Michael P. Smith
Hinshaw & Culbertson
222 N. LaSalle St., Suite 300
Chicago, IL  60601-1081
**Attorney for Pentagroup Financial, LLC**

by fax and by enclosing the same in an envelope with postage fully prepaid, and by depositing said envelope in a United States mail box in Peoria, Illinois, addressed to the attorneys of record at their business addresses as indicated above.

M. Michael Waters
Attorney for Plaintiff, Kimberly J. Fawcett
Vonachen, Lawless, Trager & Slevin
456 Fulton Street, Suite 425
Peoria, Illinois 61602-1240
Ph:    (309) 676-8986
Fax:   (309) 676-4130

Vonachen,
Lawless, Trager
& Slevin

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

mmw\fawcett\pleadings\acceptanceofofferofjudgment



**Michael Smith /HC01**  
09/13/2006 01:10 PM

To    "Michael Waters" <mwaters@vltslaw.com>  
cc  
bcc  
Subject    Fawcett v. Pentagroup

Mr. Waters,

We have received your acceptace of offer of judgment.
Perhaps it will be beneficial for both sides if we attempt to settle the attorney's fees in lieu of a fee petition. Please provide me with your attorney's fees/costs demand (and fee records) and we can begin to discuss settlement of the fees.
Thanks. MPS

Michael P. Smith
HINSHAW & CULBERTSON LLP
222 N. LaSalle St.
Suite 300
Chicago, IL 60601
ph: (312) 704-3016
fax: (312) 704-3001
email: msmith@hinshawlaw.com

Ex. C



**"Michael Waters"**
<mwaters@vltslaw.com>
09/13/2006 11:22 PM

To "Michael Smith" <msmith@hinshawlaw.com>
cc
bcc
Subject RE: Fawcett v. Pentagroup

History: 🗩 This message has been replied to.

We are agreeable to procceding as you propose.

I am preparing to start several days of arbitraton, if i am unable to attend to it prior to the arbitrations, I will see to iot as soon the arbitrations are concluded.

*M. Michael Waters*
**VONACHEN LAWLESS TRAGER & SLEVIN**
456 Fulton Street, Suite 425 Peoria Illinois 61602
(309)676-8986 | fax (309)676-4130
IMPORTANT NOTICE
The information contained in this email is privileged and confidential. If you are not the intended recipient, please destroy the email and contact the sender immediately

**From:** Michael Smith [mailto:msmith@hinshawlaw.com]
**Sent:** Wednesday, September 13, 2006 1:10 PM
**To:** Michael Waters
**Subject:** Fawcett v. Pentagroup

Mr. Waters,

We have received your acceptace of offer of judgment.
Perhaps it will be beneficial for both sides if we attempt to settle the attorney's fees in lieu of a fee petition.

Please provide me with your attorney's fees/costs demand (and fee records) and we can begin to discuss settlement of the fees.
Thanks. MPS

Michael P. Smith
HINSHAW & CULBERTSON LLP
222 N. LaSalle St.
Suite 300
Chicago, IL 60601
ph: (312) 704-3016
fax: (312) 704-3001
email: msmith@hinshawlaw.com


Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

Ex. D



| | |
|---|---|
| **Michael Smith /HC01** <br> 10/10/2006 01:30 AM | To "Michael Waters" <mwaters@vltslaw.com> <br> cc <br> bcc <br> Subject Re: Fawcett v. Pentagroup |

Mr. Waters,

Just a reminder - we haven't received your fees/costs records in order to resolve that portion of the Rule 68. Let me know. Thanks.

----- Original Message -----
**From:** "Michael Waters" [mwaters@vltslaw.com]
**Sent:** 09/13/2006 11:22 PM
**To:** Michael Smith
**Subject:** RE: Fawcett v. Pentagroup

We are agreeable to procceding as you propose.

I am preparing to start several days of arbitraton,   if i am unable to attend to it prior to the arbitrations, I will see to iot as soon the arbitrations are concluded.

*M. Michael Waters*
**VONACHEN LAWLESS TRAGER & SLEVIN**
456 Fulton Street, Suite 425 Peoria Illinois 61602
(309)676-8986 | fax (309)676-4130
IMPORTANT NOTICE
The information contained in this email is privileged and confidential.  If you are not the intended recipient, please destroy the email and contact the sender immediately

**From:** Michael Smith [mailto:msmith@hinshawlaw.com]
**Sent:** Wednesday, September 13, 2006 1:10 PM
**To:** Michael Waters
**Subject:** Fawcett v. Pentagroup

Mr. Waters,

We have received your acceptace of offer of judgment.
Perhaps it will be beneficial for both sides if we attempt to settle the attorney's fees in lieu of a fee petition.

Please provide me with your attorney's fees/costs demand (and fee records) and we can begin to discuss settlement of the fees.
Thanks. MPS

Michael P. Smith

HINSHAW & CULBERTSON LLP
222 N. LaSalle St.
Suite 300
Chicago, IL 60601
ph: (312) 704-3016
fax: (312) 704-3001
email: msmith@hinshawlaw.com

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.



| | | | |
|---|---|---|---|
| Michael Smith /HC01 | | To | "Michael Waters" <mwaters@vltslaw.com> |
| 11/15/2006 03:15 PM | | cc | |
| | | bcc | |
| | | Subject | RE: Fawcett v. Pentagroup |

Mr. Waters,

As you know, we were going to attempt to negotiate the fees portion of the offer of judgment in lieu of a fee petition.
To date, we have not received your fee demand. Please provide us with your fee records/demand so that we may wrap this matter up in short order.
We look forward to hearing from you.

Sincerely,

Michael P. Smith
HINSHAW & CULBERTSON LLP
222 N. LaSalle St.
Suite 300
Chicago, IL 60601
ph: (312) 704-3016
fax: (312) 704-3001
email: msmith@hinshawlaw.com
"Michael Waters" <mwaters@vltslaw.com>



| | | | |
|---|---|---|---|
| "Michael Waters" <mwaters@vltslaw.com> | | To | "Michael Smith" <msmith@hinshawlaw.com> |
| 09/13/2006 11:22 PM | | cc | |
| | | Subject | RE: Fawcett v. Pentagroup |

We are agreeable to procceding as you propose.

I am preparing to start several days of arbitraton,   if i am unable to attend to it prior to the arbitrations, I will see to iot as soon the arbitrations are concluded.

*M. Michael Waters*
**VONACHEN LAWLESS TRAGER & SLEVIN**
456 Fulton Street, Suite 425 Peoria Illinois 61602
(309)676-8986 | fax (309)676-4130
IMPORTANT NOTICE
The information contained in this email is privileged and confidential.  If you are not the intended recipient, please destroy the email and contact the sender immediately

---

**From:** Michael Smith [mailto:msmith@hinshawlaw.com]
**Sent:** Wednesday, September 13, 2006 1:10 PM
**To:** Michael Waters

**Subject:** Fawcett v. Pentagroup

Mr. Waters,

We have received your acceptace of offer of judgment.
Perhaps it will be beneficial for both sides if we attempt to settle the attorney's fees in lieu of a fee petition.

Please provide me with your attorney's fees/costs demand (and fee records) and we can begin to discuss settlement of the fees.
Thanks. MPS

Michael P. Smith
HINSHAW & CULBERTSON LLP
222 N. LaSalle St.
Suite 300
Chicago, IL 60601
ph: (312) 704-3016
fax: (312) 704-3001
email: msmith@hinshawlaw.com

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.



| | | |
|---|---|---|
| **Michael Smith /HC01** | To | "Michael Waters" <mwaters@vltslaw.com> |
| 11/27/2006 06:51 PM | cc | |
| | bcc | |
| | Subject | Fw: Fawcett v. Pentagroup |

Hi Michael,

Please advise as to the below. Thanks.

Michael P. Smith
HINSHAW & CULBERTSON LLP
222 N. LaSalle St.
Suite 300
Chicago, IL 60601
ph: (312) 704-3016
fax: (312) 704-3001
email: msmith@hinshawlaw.com
----- Forwarded by Michael Smith/HC01 on 11/27/2006 06:50 PM -----

| | | |
|---|---|---|
| **Michael Smith /HC01** | To | |
| 11/15/2006 03:15 PM | | "Michael Waters" <mwaters@vltslaw.com> |
| | cc | |
| | Subject | RE: Fawcett v. Pentagroup |

Mr. Waters,

As you know, we were going to attempt to negotiate the fees portion of the offer of judgment in lieu of a fee petition.
To date, we have not received your fee demand. Please provide us with your fee records/demand so that we may wrap this matter up in short order.
We look forward to hearing from you.

Sincerely,

Michael P. Smith
HINSHAW & CULBERTSON LLP
222 N. LaSalle St.
Suite 300
Chicago, IL 60601
ph: (312) 704-3016
fax: (312) 704-3001
email: msmith@hinshawlaw.com
"Michael Waters" <mwaters@vltslaw.com>



| | | |
|---|---|---|
| **"Michael Waters "** <mwaters@vltslaw.com> | To | "Michael Smith" <msmith@hinshawlaw.com> |
| 09/13/2006 11:22 PM | cc | |
| | Subject | RE: Fawcett v. Pentagroup |



We are agreeable to procceding as you propose.

I am preparing to start several days of arbitraton,   if i am unable to attend to it prior to the arbitrations, I will see to iot as soon the arbitrations are concluded.


*M. Michael Waters*
**VONACHEN LAWLESS TRAGER & SLEVIN**
456 Fulton Street, Suite 425 Peoria Illinois 61602
(309)676-8986 | fax (309)676-4130
IMPORTANT NOTICE
The information contained in this email is privileged and confidential.  If you are not the intended recipient, please destroy the email and contact the sender immediately

---

**From:** Michael Smith [mailto:msmith@hinshawlaw.com]
**Sent:** Wednesday, September 13, 2006 1:10 PM
**To:** Michael Waters
**Subject:** Fawcett v. Pentagroup


Mr. Waters,

We have received your acceptace of offer of judgment.
Perhaps it will be beneficial for both sides if we attempt to settle the attorney's fees in lieu of a fee petition.

Please provide me with your attorney's fees/costs demand (and fee records) and we can begin to discuss settlement of the fees.
Thanks. MPS

Michael P. Smith
HINSHAW & CULBERTSON LLP
222 N. LaSalle St.
Suite 300
Chicago, IL 60601
ph: (312) 704-3016
fax: (312) 704-3001
email: msmith@hinshawlaw.com

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are

not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.



**Michael Smith /HC01**
12/12/2006 03:23 PM

To  "Michael Waters" <mwaters@vltslaw.com>
cc
bcc
Subject  RE: Fawcett v. Pentagroup

Michael:

I just left a message with your assistant.  We still have yet to receive your attorney's fees records to resolve that portion of the Offer of Judgment.
Please let me know asap. Thanks.

Michael P. Smith
HINSHAW & CULBERTSON LLP
222 N. LaSalle St.
Suite 300
Chicago, IL 60601
ph: (312) 704-3016
fax: (312) 704-3001
email: msmith@hinshawlaw.com
"Michael Waters" <mwaters@vltslaw.com>



"Michael Waters "
<mwaters@vltslaw.com>
09/13/2006 11:22 PM

To  "Michael Smith" <msmith@hinshawlaw.com>
cc
Subject  RE: Fawcett v. Pentagroup

We are agreeable to procceding as you propose.

I am preparing to start several days of arbitraton,   if i am unable to attend to it prior to the arbitrations, I will see to iot as soon the arbitrations are concluded.

*M. Michael Waters*
**VONACHEN LAWLESS TRAGER & SLEVIN**
456 Fulton Street, Suite 425 Peoria Illinois 61602
(309)676-8986 | fax (309)676-4130
IMPORTANT NOTICE
The information contained in this email is privileged and confidential.  If you are not the intended recipient, please destroy the email and contact the sender immediately

---

**From:** Michael Smith [mailto:msmith@hinshawlaw.com]
**Sent:** Wednesday, September 13, 2006 1:10 PM
**To:** Michael Waters
**Subject:** Fawcett v. Pentagroup

Mr. Waters,

We have received your acceptace of offer of judgment.
Perhaps it will be beneficial for both sides if we attempt to settle the attorney's fees in lieu of a fee petition.

Please provide me with your attorney's fees/costs demand (and fee records) and we can begin to discuss settlement of the fees.
Thanks. MPS

Michael P. Smith
HINSHAW & CULBERTSON LLP
222 N. LaSalle St.
Suite 300
Chicago, IL 60601
ph: (312) 704-3016
fax: (312) 704-3001
email: msmith@hinshawlaw.com

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY J. FAWCETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 06-3029-RM-BGC |
| | ) |
| MS SERVICES, LLC, MOUNTAIN STATES ADJUSTMENT, PENTAGROUP FINANCIAL, LLC; DANNY RUTHERFORD; AND JOHN DOE | ) ) ) ) |
| | ) |
| Defendants. | ) |

NOTICE OF ELECTRONIC FILING

I hereby certify that on April 30, 2007, I electronically filed the Defendant Pentagroup Financial, LLC's Motion for Entry of Judgment for Statutory/Actual Damages, Reasonable Attorney's Fees and Costs Pursuant to Plaintiff's Acceptance of Defendant's Rule 68 Offer of Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

M. Michael Waters
Vonachen, Lawless, Trager & Slevin
Twin Towers Plaze
456 Fulton Street
Peoria, IL 61601
309-676-8986
mwaters@vltalaw.com

Respectfully submitted,

PENTAGROUP FINANCIAL, LLC

By: s/ Michael P. Smith
One of its attorneys
Michael P. Smith
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
312-704-3000
msmith@hinshawlaw.com

6183546v1 862159