IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KIMBERLY J. FAWCETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 06-3029 |
| | ) | |
| MS SERVICES, LLC, MOUNTAIN | ) | |
| STATES ADJUSTMENT, | ) | |
| PENTAGROUP FINANCIAL, LLC, | ) | |
| DANNY RUTHERFORD and JOHN | ) | |
| DOE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

The Court now considers Defendant Pentagroup's Motion for Entry of Judgment For Statutory/Actual Damages, Reasonable Attorney's Fees and Costs Pursuant to Plaintiff's Acceptance of Defendant's Rule 68 Offer of Judgment.

In support of its motion, Pentagroup states that it answered Plaintff Kimberly J. Fawcett's one-count Fair Debt Collection Practices Act claim on May 26, 2006.  Pentagroup engaged in settlement discussions with

1

Plaintiff's counsel.  After a status conference, Pentagroup presented Plaintiff with an offer of judgment under Federal Rule of Civil Procedure 68.  Pentagroup tendered the offer on August 31, 2006, and agreed to pay $1,500.00 in statutory damages and/or actual damages plus reasonable attorney's fees and costs.  Plaintiff agreed to the offer on September 11, 2006.  Her counsel also agreed.

Since the time of the agreement, Pentagroup has made numerous attempts to reach Plaintiff's counsel.  Pentagroup has been unsuccessful in that regard and Plaintiff's counsel has not contacted Pentagroup.  Accordingly, Pentagroup filed the instant motion.  The time for Plaintiff to respond has passed and she has not filed a response.

**ERGO**, Defendant Pentagroup's Motion for Entry of Judgment For Statutory/Actual Damages, Reasonable Attorney's Fees and Costs Pursuant to Plaintiff's Acceptance of Defendant's Rule 68 Offer of Judgment (d/e 16) is ALLOWED.

IT IS SO ORDERED.
ENTER:  May 22, 2007
FOR THE COURT:

                s/ Richard Mills
                United States District Judge