# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**KIMBERLY J. FAWCETT**

      vs.                    Case Number:   **06-3029**

**PENTAGROUP FINANCIAL, LLC**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX   DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** Pursuant to an order entered by the Honorable Richard Mills: judgment is entered in favor of Pentagroup Financial, LLC and against Kimberly J. Fawcett pursuant to plaintiff's acceptance of defendant's Rule 68 Offer of Judgment and reasonable attoreney fees and cost.----------------------

                        ENTER this 23rd day of May, 2007


                        JOHN M. WATERS, CLERK


                        _____s/Christy Taylor_____
                        BY:  DEPUTY CLERK