## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Kimberly J. Fawcett, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-3029-RM-BGC |
| | ) | |
| v. | ) | |
| | ) | |
| MS Services, LLC., Mountain States | ) | |
| Adustment, Pentagroup Financial, LLC., Danny | ) | |
| Rutherford, and John Doe., | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

**Pentagroup Financial, LLC.**

I certify that I am admitted to practice in this court.

Date:  June 1, 2007

                                      Respectfully submitted,
                                      **Pentagroup Financial, LLC.**

                                      By:  s/ David M. Schultz
                                      David M. Schultz
                                      HINSHAW & CULBERTSON LLP
                                      222 North LaSalle Street, Suite 300
                                      Chicago, IL 60601
                                      312-704-3000
                                      312-704-3001 (f)
                                      dschultz@hinshawlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| Kimberly J. Fawcett,                        )<br>Plaintiff,                                        )<br>                                                    )<br>v.                                                 )<br>                                                    )<br>                                                    )<br>MS Services, LLC., Mountain States    )<br>Adustment, Pentagroup Financial, LLC., Danny )<br>Rutherford, and John Doe.,              )<br>Defendants.                               ) | Case No.: 06-3029-RM-BGC |

### CERTIFICATE OF SERVICE

    I hereby certify that on June 1, 2007 I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

M. Michael Waters
Vonachen Lawless Trager & Slevin
456 Fulton Street
Suite 425
Peoria, IL 61602
mwaters@vltslaw.com

    Respectfully submitted,
    **Pentagroup Financial, LLC.**

    By: /s/___David M. Schultz
    David M. Schultz
    HINSHAW & CULBERTSON LLP
    222 North LaSalle Street, Suite 300
    Chicago, IL 60601
    312-704-3000
    312-701-3001 (f)
    dschultz@hinshawlaw.com