**E-FILED**
Friday, 01 June, 2007  03:27:51 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Kimberly J. Fawcett, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  06-3029-RM-BGC |
| | ) | |
| v. | ) | |
| | ) | |
| MS Services, LLC., Mountain States | ) | |
| Adustment, Pentagroup Financial, LLC., Danny | ) | |
| Rutherford, and John Doe., | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

**Pentagroup Financial, LLC.**

I certify that I am admitted to practice in this court.

Date:  June 1, 2007

                                                     Respectfully submitted,
                                                     **Pentagroup Financial, LLC.**

                                                     By:  s/Jennifer W. Weller
                                                   Jennifer W. Weller
                                                 HINSHAW & CULBERTSON LLP
                                                 222 North LaSalle Street, Suite 300
                                                 Chicago, IL 60601
                                                 312-704-3000
                                                 312-704-3001 (f)
                                                 jweller@hinshawlaw.com

6195465v1 865182

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| Kimberly J. Fawcett,        )<br>Plaintiff,        )<br>        )<br>v.        )<br>        )<br>        )<br>MS Services, LLC., Mountain States        )<br>Adustment, Pentagroup Financial, LLC., Danny )<br>Rutherford, and John Doe.,        )<br>Defendants.        ) | Case No.: 06-3029-RM-BGC |

### CERTIFICATE OF SERVICE

    I hereby certify that on June 1, 2007 I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

M. Michael Waters
Vonachen Lawless Trager & Slevin
456 Fulton Street
Suite 425
Peoria, IL 61602
mwaters@vltslaw.com

    Respectfully submitted,
    **Pentagroup Financial, LLC.**

    By: /s/ ___Jennifer W. Weller
    Jennifer W. Weller
    HINSHAW & CULBERTSON LLP
    222 North LaSalle Street, Suite 300
    Chicago, IL 60601
    312-704-3000
    312-701-3001 (f)
    jweller@hinshawlaw.com

6195465v1 865182