## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY J. FAWCETT,<br>    Plaintiff,<br><br>vs.<br><br>MS SERVICES, LLC, MOUNTAIN STATES ADJUSTMENT, PENTAGROUP FINANCIAL, LLC; DANNY RUTHERFORD; AND JOHN DOE<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 06-3029-RM-BGC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO WITHDRAW APPEARANCE OF MICHAEL P. SMITH

Defendant Pentagroup Financial, LLC, ("Pentagroup") by its attorneys David M. Schultz and Jennifer W. Weller and for its Motion to Withdraw the Appearance of Michael P. Smith states as follows:

1.  Michael P. Smith as an attorney at Hinshaw & Culbertson LLP filed an appearance on behalf of Pentagroup.

2.  Mr. Smith is no longer with Hinshaw & Culbertson LLP and his last day with the firm was May 2, 2007.

3.  Accordingly, Pentagroup respectfully requests that this court withdraw his appearance as attorney for Pentagroup.

WHEREFORE, Defendant PENTAGROUP FINANCIAL LLC., respectfully requests that this Honorable Court withdraw the appearance of Michael Smith as its attorney.

    Respectfully submitted,
    PENTAGROUP FINANCIAL LLC
    By: s/ Jennifer W. Weller
    Jennifer W. Weller
    David M. Schultz
    HINSHAW & CULBERTSON LLP
    222 North LaSalle Street, Suite 300
    Chicago, IL 60601

6185536v1 865182

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| Kimberly J. Fawcett,                              ) | |
| Plaintiff,                                        ) | Case No.: 06-3029-RM-BGC |
|                                                   ) | |
| v.                                                ) | |
|                                                   ) | |
|                                                   ) | |
| MS Services, LLC., Mountain States                ) | |
| Adustment, Pentagroup Financial, LLC., Danny      ) | |
| Rutherford, and John Doe.,                        ) | |
| Defendants.                                       ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2007 I electronically filed MOTION TO WITHDRAW APPEARANCE OF MICHAEL P. SMITH, with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

M. Michael Waters
Vonachen Lawless Trager & Slevin
456 Fulton Street
Suite 425
Peoria, IL 61602
mwaters@vltslaw.com

Respectfully submitted,
**Pentagroup Financial, LLC.**

By: /s/ ___Jennifer W. Weller
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
312-704-3000
312-701-3001 (f)
jweller@hinshawlaw.com

6185536v1 865182