**E-FILED**
Monday, 02 July, 2007  03:03:22 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| KIMBERLY J. FAWCETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 06-3029-RM-BGC |
| | ) | |
| MS SERVICES, LLC; MOUNTAIN | ) | |
| STATES ADJUSTMENT; PENTAGROUP | ) | |
| FINANCIAL, LLC; DANNY RUFFORD; | ) | |
| DANNY RUTHERFORD; and | ) | |
| JOHN DOE, | ) | |

**NOTICE OF SATISFACTION OF JUDGMENT**

On or about June 26, 2007, the following payment was made to the following entity, by

UPS overnight mail delivery:

Two Thousand Eight Hundred Dollars to Mr. M. Michael Waters, Vonachen, Lawless,

Trager & Slevin, 456 Fulton Street, Suite 425, Peoria, IL  61602.

WHEREFORE, PENTAGROUP FINANCIAL, LLC., by virtue of the foregoing

payment, has fully satisfied the judgment entered May 23, 2007.

PENTAGROUP FINANCIAL, LLC.


By:    /s/Jennifer W. Weller
       One of its Attorneys

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
(312) 704-3000

6203342v1 865182

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| KIMBERLY J. FAWCETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action no. 06-3029-RM-BGC |
| | ) | |
| MS SERVICES, LLC; MOUNTAIN | ) | |
| STATES ADJUSTMENT; PENTAGROUP | ) | |
| FINANCIAL, LLC; DANNY RUFFORD; | ) | |
| DANNY RUTHERFORD; and | ) | |
| JOHN DOE, | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2007, I electronically filed **NOTICE OF SATISFACTION OF JUDGMENT,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

| | |
|---|---|
| M. Michael Waters<br>VONACHEN LAWLESS TRAGER & SLEVIN<br>456 Fulton St., Suite 425<br>Peoria, IL 61602<br>mwaters@vltslaw.com | |

Respectfully submitted,
PENTAGROUP FINANCIAL LLC
By: s/ Jennifer W. Weller
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Phone: (312)704-3000
Fax: (312)704-3001 Fax
jweller@hinshawlaw.com

6203342v1 865182