**E-FILED**
Friday, 16 November, 2007  03:18:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KIMBERLY J. FAWCETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MS SERVICES, LLC; MOUNTAIN | ) | Civil Action No. 06 - 3029 |
| STATES ADJUSTMENT; | ) | |
| PENTAGROUP FINANCIAL, LLC; | ) | |
| DANNY RUFFORD; DANNY | ) | |
| RUTHERFORD; and JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR DISMISSAL

NOW COMES the Plaintiff, KIMBERLY J. FAWCETT, by and through her attorneys, VONACHEN, LAWLESS, TRAGER & SLEVIN, and moves that this matter be dismissed.  In support thereof, Plaintiff says:

1.      Pentagroup Financial, LLC is the only Defendant who has appeared in this matter.

2.      Pentagroup Financial, LLC tendered an Offer of Judgment pursuant to Rule 68, which was accepted.  Pentagroup Financial, LLC, subsequently filed a Notice of Satisfaction of Judgment.

3.      Plaintiff does not intend to proceed against any of the other Defendants.

WHEREFORE, Plaintiff, KIMBERLY FAWCETT, prays that this matter be dismissed.

**Vonachen,
Lawless, Trager
& Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

KIMBERLY J. FAWCETT, Plaintiff,


BY:_____/s/ M. Michael Waters_____
                 One of Plaintiff's Attorneys


M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
Suite 425, Twin Towers Plaza
456 Fulton Street
Peoria, IL  61602
Telephone: (309) 676-8986
mmw\fawcett\pleadings\motionfordismissal


## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2007, I caused the foregoing MOTION FOR DISMISSAL, to be electronically filed with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, which filing includes electronic delivery to the following parties by the court's CM/ECF electronic filing system:

Mr. David M. Schultz
Ms. Jennifer Wigington Weller
Hinshaw & Culbertson
222 N. LaSalle St., Suite 300
Chicago, IL  60601-1081
**Attorneys for Pentagroup Financial, LLC**



___/s/ M. Michael Waters_____
 M. Michael Waters
 VONACHEN, LAWLESS, TRAGER & SLEVIN
 456 Fulton Street, Suite 425
 Peoria, IL  61602
 Ph: (309) 676-8986
 Fax:  (309) 676-4130

**Vonachen,
Lawless, Trager
& Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986