UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY J. FAWCETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MS SERVICES, LLC; MOUNTAIN ) | Civil Action No. 06 - 3029 |
| STATES ADJUSTMENT; ) | |
| PENTAGROUP FINANCIAL, LLC; ) | |
| DANNY RUFFORD; DANNY ) | |
| RUTHERFORD; and JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

## STATUS REPORT

NOW COMES the Plaintiff, KIMBERLY J. FAWCETT, by and through her attorneys, VONACHEN, LAWLESS, TRAGER & SLEVIN, and files this Status Report.

1. The Court has ordered the Plaintiff to file a Status Report regarding Defendants, Danny Rufford, Danny Rutherford, and John Doe.

2. The Plaintiff and Defendant, Pentagroup Financial, LLC, have agreed upon a settlement of this matter and the settlement has been completed.

3. Plaintiff does not intend to pursue any action against any other Defendant.

4. Plaintiff has filed a Motion for Dismissal of this action.

KIMBERLY J. FAWCETT, Plaintiff,

BY:     /s/ M. Michael Waters
          One of Plaintiff's Attorneys

**Vonachen,
Lawless, Trager
& Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986

M. MICHAEL WATERS
VONACHEN, LAWLESS, TRAGER & SLEVIN
Suite 425, Twin Towers Plaza
456 Fulton Street
Peoria, IL  61602
Telephone: (309) 676-8986
mmw\fawcett\pleadings\statusreport02

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2007, I caused the foregoing Status Report, to be electronically filed with the Clerk of the United States District Court for the Central District of Illinois, Peoria Division, which filing includes electronic delivery to the following parties by the court's CM/ECF electronic filing system:

Mr. David M. Schultz
Ms. Jennifer Wigington Weller
Hinshaw & Culbertson
222 N. LaSalle St., Suite 300
Chicago, IL  60601-1081
**Attorneys for Pentagroup Financial, LLC**

　　/s/ M. Michael Waters
　　M. Michael Waters
　　VONACHEN, LAWLESS, TRAGER & SLEVIN
　　456 Fulton Street, Suite 425
　　Peoria, IL  61602
　　Ph: (309) 676-8986
　　Fax:  (309) 676-4130

**Vonachen, Lawless, Trager & Slevin**

Suite 425
456 Fulton Street
Peoria, Illinois 61602
Fax (309) 676-4130
(309) 676-8986